## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Brandon Lavergne
General Population DOC No. 424229
Louisiana State Prison
Angola LA 70712

### REHEARING ACTION: October 9, 2013

**Docket Number: 13   00507-KH**

**STATE OF LOUISIANA**
**VERSUS**
**BRANDON LAVERGNE**

**Writ Application from Lafayette Parish Case No. 138234**

**BEFORE JUDGES:**

**Hon. Shannon J. Gremillion**
**Hon. Phyllis M. Keaty**
**Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brandon Lavergne** has this day been

**DENIED.**

cc: Michael Harson, Counsel for the Respondent